**EXHIBIT "A"**

