NOEL S. COHEN (SBN 219645)
ncohen@polsinelli.com
ILANA G. ZELENER (SBN 311584)
izelener@polsinelli.com
POLSINELLI LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:  310.203.5336
Facsimile:   310.861.5289

Jason A. Wietjes (pro hac vice forthcoming)
POLSINELLI P.C.
2950 N. Harwood, Suite 2100
Dallas, TX 75201

*Attorneys for Defendant*
*NUTRITION CORP., INC. D/B/A IONUTRITION*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ADAM JONES,<br><br>             Plaintiff,<br><br>        v.<br><br>NUTRITION CORP., INC. d/b/a<br>IONUTRITION,<br><br>             Defendant. | Case No.:  8:20-cv-01827-CJC-ADSx<br><br>**ANSWER TO COMPLAINT FOR COPYRIGHT INFRINGEMENT BY NUTRITION COPR., INC. D/B/A IONUTRITION**<br><br>Judge:  Hon. Cormac J. Carney |

Defendant Nutrition Corp., Inc. d/b/a IONutrition ("IONutrition") files its answer to Plaintiff Charles Adam Jones's (Jones) complaint for copyright infringement as follows:

The statement in the introductory paragraph of the complaint does not constitute an allegation to which a response is required.  To the extent response is deemed required, IONutrition denies the statement in the introductory paragraph of

1

the complaint.

## I.   **THE PARTIES**

1.     IONutrition lacks sufficient knowledge or information to admit or deny the allegations of paragraph 1 of the complaint, and therefore denies them.

2.     IONutrition lacks sufficient knowledge or information to admit or deny the allegations of paragraph 2 of the complaint, and therefore denies them.

3.     IONutrition lacks knowledge or information as to Jones's information and belief in relation to paragraph 3 of the complaint, and therefore denies the allegations of paragraph 3.  IONutrition otherwise admits that it is a Wyoming corporation and that it is registered to do business in California.  Any remaining allegations of paragraph 3 state legal conclusions to which no response is required. To the extent a response is deemed required, IONutrition states that it does not contest this Court exercising personal jurisdiction over it for the purposes of this action only.

4.     IONutrition lacks knowledge or information as to Jones's information and belief in relation to paragraph 4 of the complaint, and therefore denies the allegations of paragraph 4.  IONutrition otherwise admits that it is the registrant of the domain name http://www.ionutrition.com.  IONutrition admits that it has conducted business through the www.ionutrition.com website.  IONutrition denies the remaining allegations of paragraph 4 to the extent they are inconsistent with these specific admissions.

5.     IONutrition lacks knowledge or information as to Jones's information and belief in relation to paragraph 5 of the complaint, and therefore denies the allegations of paragraph 5.  IONutrition otherwise admits that it has conducted business through the www.ionutrition.com website.  IONutrition denies the remaining allegations of paragraph 5 to the extent they are inconsistent with this specific admission.

75480050.2

6.      IONutrition lacks knowledge or information as to Jones's knowledge in relation to the first sentence of paragraph 6 of the complaint, and therefore denies the allegations of the first sentence of paragraph 6.  IONutrition lacks knowledge or information as to Jones's belief in relation to the second sentence of paragraph 6 of the complaint, and therefore denies the allegations of the second sentence of paragraph 6.  IONutrition otherwise denies that it has violated Jones's rights, either on its own or in conjunction with the alleged Doe Defendants.  The remaining statements in paragraph 6 do not constitute allegations to which a response is required.  To the extent response is deemed required, IONutrition denies the remaining statements in paragraph 6.

7.      IONutrition lacks knowledge or information as to Jones's information and belief in relation to paragraph 7 of the complaint, and therefore denies the allegations of paragraph 7.  IONutrition otherwise denies that it has incurred liability, either on its own or in conjunction with the alleged Doe Defendants. IONutrition denies that it has engaged in the acts alleged in the second and third sentences of paragraph 7, either on its own or in conjunction with the alleged Doe Defendants.

## II.      **JURISDICTION AND VENUE**

8.      IONutrition incorporates its responses to the preceding paragraphs by reference as if fully set forth.

9.      IONutrition admits that the action plead in the complaint purports to arise under the Copyright Act as alleged in paragraph 9 of the complaint. IONutrition denies the remaining allegations of paragraph 9.

10.      Paragraph 10 of the complaint states legal conclusions to which no response is required.  To the extent a response is deemed required, IONutrition admits that this Court has subject matter jurisdiction over claims arising under the Copyright Act.  IONutrition does not challenge or dispute subject matter

ANSWER OF NUTRITION CORP., INC. D/B/A IONUTRITION TO
COMLAINT FOR COPYRIGHT INFRINGEMENT
CASE NO. 8:20-CV-01827-CJC-ADSX

75480050.2

jurisdiction.

11.    Paragraph 11 of the complaint states legal conclusions to which no response is required.  To the extent a response is deemed required, IONutrition states that it is not contesting venue in this District for the purposes of this action only.

12.    IONutrition lacks knowledge or information as to Jones's information and belief in relation to paragraph 12 of the complaint, and therefore denies the allegations of paragraph 12.  Paragraph 12 of the complaint otherwise states legal conclusions to which no response is required.  To the extent a response is deemed required, IONutrition states that it does not contest this Court exercising personal jurisdiction over it for the purposes of this action only.  IONutrition otherwise denies the allegations of paragraph 12.

13.    IONutrition lacks knowledge or information as to Jones's information and belief in relation to paragraph 13 of the complaint, and therefore denies the allegations of paragraph 13.  Paragraph 13 of the complaint otherwise states legal conclusions to which no response is required.  To the extent a response is deemed required, IONutrition states that it does not contest this Court exercising personal jurisdiction over it for the purposes of this action only.  IONutrition otherwise denies the allegations of paragraph 13.

### III.    FACTUAL ALLEGATIONS

14.    IONutrition incorporates its responses to the preceding paragraphs by reference as if fully set forth.

15.    IONutrition lacks sufficient knowledge or information to admit or deny the allegations of paragraph 15 of the complaint, and therefore denies them.

16.    IONutrition lacks knowledge or information as to Jones's information and belief in relation to paragraph 16 of the complaint, and therefore denies the allegations of paragraph 16.  IONutrition admits that it has conducted business

4

75480050.2

through the www.ionutrition.com website.  IONutrition denies the remaining allegations of paragraph 16 to the extent they are inconsistent with this specific admission.

17.     IONutrition lacks sufficient knowledge or information to admit or deny the allegations of paragraph 17 of the complaint, and therefore denies them.

18.     IONutrition lacks sufficient knowledge or information to admit or deny the allegations of paragraph 18 of the complaint, and therefore denies them.

19.     IONutrition lacks sufficient knowledge or information to admit or deny the allegations of paragraph 19 of the complaint, and therefore denies them.

20.     IONutrition lacks sufficient knowledge or information to admit or deny the allegations of paragraph 20 of the complaint, and therefore denies them.

21.     IONutrition lacks sufficient knowledge or information to admit or deny the allegations of paragraph 21 of the complaint, and therefore denies them.

22.     IONutrition lacks sufficient knowledge or information to admit or deny the allegations of paragraph 22 of the complaint, and therefore denies them.

23.     IONutrition lacks sufficient knowledge or information to admit or deny the allegations of paragraph 23 of the complaint, and therefore denies them.

24.     Denied.

25.     IONutrition lacks knowledge or information as to Jones's information and belief in relation to paragraph 25 of the complaint, and therefore denies the allegations of paragraph 25.  IONutrition otherwise denies the allegations of paragraph 25 and denies any wrongdoing in connection with the allegations of paragraph 25.

26.     IONutrition lacks knowledge or information as to Jones's information and belief in relation to paragraph 26 of the complaint, and therefore denies the allegations of paragraph 26.  IONutrition otherwise denies the allegations of paragraph 26 and denies that it infringes or has infringed any rights of Jones.

ANSWER OF NUTRITION CORP., INC. D/B/A IONUTRITION TO
COMLAINT FOR COPYRIGHT INFRINGEMENT
CASE NO. 8:20-CV-01827-CJC-ADSX

75480050.2

27.     IONutrition admits that it did not and does not have any license from Jones.  IONutrition denies that it needed or was otherwise required to seek or obtain a license from Jones.

28.     IONutrition lacks knowledge or information as to Jones's information and belief in relation to paragraph 28 of the complaint, and therefore denies the allegations of paragraph 28.  IONutrition otherwise denies the allegations of paragraph 28 and denies that it willfully violated any rights of Jones.

29.     IONutrition lacks knowledge or information as to Jones's information and belief in relation to paragraph 29 of the complaint, and therefore denies the allegations of paragraph 29.  IONutrition otherwise denies the allegations of paragraph 29 and denies that it infringes or has infringed any rights of Jones.

30.     IONutrition lacks knowledge or information as to Jones's information and belief in relation to paragraph 30 of the complaint, and therefore denies the allegations of paragraph 30.  IONutrition admits that it is the registrant of the domain name http://www.ionutrition.com.  IONutrition denies the remaining allegations of paragraph 30 to the extent they are inconsistent with this specific admission.  IONutrition denies any wrongdoing in connection with the allegations of paragraph 30.

31.     IONutrition lacks knowledge or information as to Jones's information and belief and legal conclusions in relation to paragraph 31 of the complaint, and therefore denies the allegations of paragraph 31.  IONutrition otherwise denies the allegations of paragraph 31 and denies that it infringes or has infringed any rights of Jones.

32.     IONutrition lacks knowledge or information as to Jones's information and belief and legal conclusions in relation to paragraph 32 of the complaint, and therefore denies the allegations of paragraph 32.  IONutrition otherwise denies the allegations of paragraph 32 and denies that it has violated any rights of Jones.

33.     IONutrition lacks knowledge or information as to Jones's information and belief and legal conclusions in relation to paragraph 33 of the complaint, and therefore denies the allegations of paragraph 33.  IONutrition admits that it is the registrant of the domain name http://www.ionutrition.com.  IONutrition denies the remaining allegations of paragraph 33 to the extent they are inconsistent with this specific admission.  IONutrition denies any wrongdoing in connection with the allegations of paragraph 33 and denies Plaintiff's legal conclusion that it infringes or has infringed any rights of Jones.

34.     Denied.

35.     Denied.

36.     Denied.

## IV.   FIRST CLAIM FOR RELIEF
## DIRECT COPYRIGHT INFRINGEMENT PURSUANT TO
## 17 U.S.C. §§ 106 and 501
### (Against All Defendants)

37.     IONutrition incorporates its responses to the preceding paragraphs by reference as if fully set forth.

38.     IONutrition lacks sufficient knowledge or information to admit or deny the allegations of paragraph 38 of the complaint, and therefore denies them.

39.     IONutrition lacks sufficient knowledge or information to admit or deny the allegations of paragraph 39 of the complaint, and therefore denies them.

40.     IONutrition lacks sufficient knowledge or information to admit or deny the allegations of paragraph 40 of the complaint, and therefore denies them. IONutrition denies any wrongdoing in connection with the allegations of paragraph 40.

41.     IONutrition lacks knowledge or information as to Jones's information and belief in relation to paragraph 41 of the complaint, and therefore denies the

75480050.2

allegations of paragraph 41.  IONutrition otherwise denies the allegations of paragraph 41.

42.     IONutrition lacks knowledge or information as to Jones's information and belief in relation to paragraph 42 of the complaint, and therefore denies the allegations of paragraph 42.  IONutrition otherwise denies the allegations of paragraph 42.

43.     Denied.

44.     Denied.

45.     Denied.

46.     Denied.

47.     Denied.

## V.     SECOND CLAIM FOR RELIEF
## SECONDARY COPYRIGHT INFRINGEMENT
### (Against Defendant Nutrition Corp., Inc. d/b/a IONutrition)

48.     IONutrition incorporates its responses to the preceding paragraphs by reference as if fully set forth.

49.     IONutrition denies the allegations and legal conclusion in the first sentence of paragraph 49 of the complaint.  IONutrition lacks knowledge or information as to Jones's information and belief in relation to the second sentence of paragraph 49 of the complaint, and therefore denies the allegations of the second sentence of paragraph 49 of the complaint.  IONutrition admits that it is the registrant of the domain name http://www.ionutrition.com.  IONutrition denies the remaining allegations of paragraph 49 to the extent they are inconsistent with this specific admission.  IONutrition denies any wrongdoing in connection with the allegations of paragraph 49 and denies that it infringes or has infringed any rights of Jones.

50.     IONutrition lacks knowledge or information as to Jones's information

ANSWER OF NUTRITION CORP., INC. D/B/A IONUTRITION TO
COMLAINT FOR COPYRIGHT INFRINGEMENT
CASE NO. 8:20-CV-01827-CJC-ADSX

75480050.2

and belief in relation to paragraph 50 of the complaint, and therefore denies the allegations of paragraph 50.  IONutrition otherwise denies the allegations of paragraph 50.

51.   Denied.

52.   Denied.

53.   Denied.

54.   Denied.

55.   Denied.

## **PRAYER FOR RELIEF**

IONutrition denies that Jones is entitled to the relief sought in the prayer for relief section of the complaint.

## **AFFIRMATIVE DEFENSES**

### **First Affirmative Defense**

Upon information and belief, Jones lacks standing due to defect in ownership of the alleged copyright registration(s).

### **Second Affirmative Defense**

Upon information and belief, the alleged copyright registration(s) is/are invalid and/or unenforceable.

### **Third Affirmative Defense**

IONutrition's use, if any, was fair use.

### **Fourth Affirmative Defense**

IONutrition's use, if any, was with innocent intent and without knowledge or belief that the alleged acts constituted an infringement or violation of law.

### **Fifth Affirmative Defense**

IONutrition's use, if any, was pursuant to implied license.

### **Sixth Affirmative Defense**

Jones has failed to mitigate his damages, if any.

9

1

## **Seventh Affirmative Defense**

2

Jones's claims are barred under the doctrine of estoppel.

3

## **Eighth Affirmative Defense**

4

Jones's claims are barred under the doctrine of waiver.

5

## **Ninth Affirmative Defense**

6

Jones's claims are barred under the doctrine of unclean hands.

7

## **Tenth Affirmative Defense**

8

Jones's claims are barred by the applicable statutes of limitations.

9

## **PRAYER FOR RELIEF**

10

IONutrition respectfully requests that judgment be entered in its favor and

11

against Jones as to all claims alleged, that Jones be denied the relief sought in his

12

complaint, and such further relief to which it may be entitled, including its costs

13

and attorneys' fees.

14

Dated:  November 13, 2020          Respectfully submitted,

15

16

By: */s/ Noel S. Cohen*
Noel S. Cohen

17

*Attorneys for Defendant*

18

NUTRITION CORP., INC. d/b/a
IONUTRITION

19

20

21

22

23

24

25

26

27

28

10

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Polsinelli LLP, 2049 Century Park East, Los Angeles, CA 90067.

On November 13, 2020 I served the following document described as:

**ANSWER TO COMPLAINT FOR COPYRIGHT INFRINGEMENT BY NUTRITION CORP., INC. D/B/A IONUTRITION**

By serving a true copy of the above-described document in the following manner:

BY ELECTRONIC FILING

I am familiar with the United States District Court, Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, all parties to this case have been served electronically.

I declare that I am employed in the office of a member of the Bar of California, or permitted to practice before this Court, at whose direction the service was made and declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on November 13, 2020, at Los Angeles, California.

Jill A. Serena

ANSWER OF NUTRITION CORP., INC. D/B/A IONUTRITION TO
COMLAINT FOR COPYRIGHT INFRINGEMENT
CASE NO. 8:20-CV-01827-CJC-ADSX

75480050.2